# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREERONE PTY LIMITED, an Australian company; and NEWS DIGITAL MEDIA PTY LIMITED, an Australian company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ADICIO, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No. 09-cv-0238-JM-WMc<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER TO COMPLAINT |

　　　　Plaintiffs CAREERONE PTY LIMITED, an Australian company; and NEWS DIGITAL MEDIA PTY LIMITED, an Australian company; and Defendant ADICIO, INC., a California corporation have submitted a Joint Motion For Extension Of Time For Defendant To File Answer To Complaint ("Motion") to extend the time within which defendant ADICIO, INC., a California corporation may file an answer to the complaint on file herein from the current date of March 2, 2009 to a new date of March 17, 2009.

　　　　Good cause appearing, the Court hereby grants the Motion. Defendant ADICIO, INC., a California corporation, shall have until March 17, 2009 to file its answer to the complaint.

　　　　**IT IS SO ORDERED.**

　　　　Dated March 5, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey T. Miller_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

{DRD3586.DOC:2}　　　　　　　　-1-

Case No. 09-cv-0238-JM-WMc　　　ORDER